# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | 19-1631 JB | UNITED STATES vs. Bhula et al | |
| Hearing Date: | 6/19/2019 | Time In and Out: | 11:26 am -11:37 am |
| Clerk: | C. Lopez | Courtroom: | Rio Grande |
| Defendant: | Kamal Bhula | Defendant's Counsel: | Kari Converse for Initial Only |
| AUSA | Letitia Simms and Alex Uballez | Pretrial/Probation: | Delma Ramos |
| Interpreter: | | | |

## Initial Appearance

- ☐ Defendant sworn
- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant wants Court appointed counsel
- ☒ Government moves to detain    ☐ Government does not recommend detention
- ☒ Set for Arraignment/Detention Hearing    on June 20, 2019    @ 9:30 am

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause    ☐ Court does not find probable cause

## Custody Status

- ☐ Defendant waives detention hearing
- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

## Other

- ☐ Matter referred to ____ for final revocation hearing
- ☐