IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                CR No. 19-1631 DHU

KAMAL BHULA, et. al.,

    Defendants.

## AMENDED SCHEDULING ORDER

THIS MATTER having come before the Court after a Status Conference held on February 16, 2022. The Court finds the below schedule to be reasonably tailored to the facts and circumstances of this particular case and, after consultation with the parties at the Status Conference, imposes the following amended deadlines:

| Date | Deadline |
|---|---|
| April 12, 2022: | Expert notices due; |
| May 6, 2022: | Notices of intent to offer evidence under Fed. R. Evid. 404(b), 609, 807, and 902(11)-902(14); |
| May 12, 2022: | Daubert motions and other objections to expert testimony due; |
| May 27, 2022: | Objections to the introduction of self-authenticating 902(11)-902(4) evidence shall be filed.  Objections to the authenticity of such evidence that are not filed by this deadline shall be waived; |
| June 3, 2022: | Motions in Limine due |
| June 10, 2022: | Responses to Motions in Limine due |

June 30, 2022:  **Pretrial Motions Hearing (9:30 am);** Witness and Exhibit Lists Due;

July 15, 2022:  Objections to Witness and Exhibit Lists Due;

August 5, 2022:  Government disclosure of Jencks material due;

August 19, 2022:  Proposed jury instructions, statement of the case, and voir dire due;

August 26, 2022:  Objections to voir dire due

September 13, 2022:  **Pretrial Conference (9:30 am)**

October 3-17, 2022:  **Jury selection and trial (9:00 a.m.)**

IT IS FURTHER ORDERED that should any party file a motion or notice prior to the deadlines outlined herein, the local rules for responding to the motion or notice shall apply.

IT IS FURTHER ORDERED that the parties have a continuing duty to disclose any additional witness material and evidence if discovered, and that if good cause exists for not complying with the above schedule the Court be so advised.

IT IS SO ORDERED this 18th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE