

**The McHard Firm**

933 San Mateo Blvd NE, Suite 500-151, Albuquerque, NM  87108
1220 Rosecrans St, Suite 102, San Diego, CA  92106
505/554-2968 NM  619/764-6144 CA  877/279-2942 Fax

BETH A. MOHR, CFE, CFCS, CAMS, CCCI, MPA, PI

**EDUCATION:**

Master of Public Administration – December 2007
School of Public Administration
University of New Mexico

Bachelor of Science – February 1995
Administration of Justice
Pacific Western University

**PROFESSIONAL DESIGNATIONS:**

Nationally Certified Law Enforcement Instructor – November 2021
International Association of Directors of Law Enforcement Standards
        and Training (IADLEST)
Expires 11/30/2023

Certified Financial Crimes Specialist (CFCS) – April 2021
Association of Certified Financial Crime Specialists (ACFCS)

Certified Cyber Crimes Investigator (CCCI) – September 2015
International Association of Financial Crimes Investigators (IAFCI)

Certified Anti-Money Laundering Specialist (CAMS) – June 2013
Association of Certified Anti-Money Laundering Specialists (ACAMS)

Certified Fraud Examiner (CFE) – April 2011
Association of Certified Fraud Examiners

Licensed Private Investigator
State of New Mexico, License #2503
Expires 12/31/2021

Licensed Private Investigator
State of Arizona, License #1639941
Expires 6/20/2023

Licensed Private Investigator
State of California, License #28441
Expires 9/30/2021

California Commission on Peace Officer Standards and Training (POST)
Certified Law Enforcement Instructor #A46-I32

New Mexico Department of Public Safety
Certified Law Enforcement Instructor #NM14-63M
Certified Police Officer - December 1990
Intermediate P.O.S.T. Certification
Police Officer Standards & Training
State of California

Certified Police Officer - February 1985
Basic P.O.S.T. Certification
Police Officer Standards & Training
State of California

## PROFESSIONAL EMPLOYMENT:

McHard Accounting Consulting, LLC – July 2010 to present
Managing Partner as of January 2011
Albuquerque, New Mexico

Mohr Investigations LLC – December 2010 to December 2014
NM Firm PI License #2505
Albuquerque, New Mexico

City of Albuquerque – July 2006 to December 2011
Performance Improvement Manager
Albuquerque, New Mexico

City of Albuquerque – September 2001 to July 2006
Independent Review Investigator
Independent Review Office of the Police Oversight Commission
Albuquerque, New Mexico

Protection & Advocacy Systems – February 1997 to July 2002
Fair Housing & Investigative Trainer
Albuquerque, New Mexico

ArcA Inc. - March 1997 to September 2001
Housing & Transportation Manager
Albuquerque, New Mexico

Legal Aid Society of Albuquerque – March 1997 to March 1998
Investigator & Testing Coordinator – Fair Housing Project
Albuquerque, New Mexico

Whatcom County Public Defender - January 1993 to February 1997
Criminal Investigator
Bellingham, Washington

Beth A. Mohr CV                    Page 2 of 13



San Diego Police Department – October 1984 to February 1992
Senior Police Officer & Investigator
San Diego, California

**PROFESSIONAL ASSOCIATIONS:**

Association of Force Investigators (AFI)

Association of Workplace Investigators (AWI)

Association of Certified Fraud Examiners (ACFE)

Association of Certified Anti-Money Laundering Specialists (ACAMS)

International Association of Financial Crimes Investigators (IAFCI)
San Diego & Baja California ACAMS Chapter

Association of Certified Financial Crimes Specialists (ACFCS)

California Association of Licensed Investigators (CALI)

Association of Former Intelligence Officers (AFIO)

New Mexico Chapter, Association of Certified Fraud Examiners

Arizona/New Mexico Chapter, International Association of Financial
Crimes Investigators (IAFCI)

National Association for Civilian Oversight of Law Enforcement
(NACOLE)

International City/County Management Association, Past Member

American Society of Public Administration, Past Member

St. Joseph's Hospital/Ardent Central Institutional Review Board
Past Member, IRB/Ethics Board

**PROFESSIONAL COMMITTEES:**

Association of Certified Fraud Examiners
ACFE Advisory Council, Member, 2018-Present

Diverse Leaders 2017 Selection Committee
Albuquerque Business First, Business Journal



Police Oversight Board, Past Chair
City of Albuquerque, New Mexico
Appointed February 2015
Chair February 2016-January 2017

Association of Certified Fraud Examiners, New Mexico Chapter
Past President
Past Director of Education

California Bureau of Security and Investigative Services (BSIS)
Designated Subject Matter Expert, Investigations
National Association for Schools of Public Affairs & Administration
Commission on Peer Review and Accreditation (NASPAA-COPRA)
Site visit team – 2015: John Jay College of Criminal Justice, CUNY

Advisory Board on Graduate Education
International City/County Management Association
Past Board Member

University-Profession Connections Committee
International City/County Management Association
Past Committee Member

**PUBLICATIONS:**

Mohr, Beth Anne. *In Press.* "Skepticism." In The Art of Investigation 2, edited by Chelsea Binns and Bruce Sackman. Boca Raton, FL: CRC Press, 2022.

Mohr, Beth Anne. *August 2021.* Understanding Bitcoin for Criminal Defense cases. *The Champion.* NACDL.

Mohr, Beth Anne, Layne, Anne M. & McHard, Janet M. *April 2020.* The Expert: Faker or Fabulous. *Defense News: The Legal News Journal for New Mexico Civil Defense Lawyers.*

Mohr, Beth Anne, & McHard, Janet M. *Jan/Feb 2020.* A Primer on Financial Records in Economic Crime Cases. *The Champion.* NACDL.

Mohr, Beth Anne. *January 2018.* Retaining the expert witness: Begin with the end in mind. *Defense News: The Legal News Journal for New Mexico Civil Defense Lawyers.*

Mohr, Beth Anne. *June 2017.* Expert Briefing: Bitcoin Basics. *Financier Worldwide Magazine*

Mohr, Beth Anne. *Summer 2015.* **What Defense Attorneys need to know about Bitcoin,** *For the Defense,* publication of the New Mexico Criminal Defense Lawyers Association Vol XIX, Issue 2

**www.theMcHardFirm.com**



Mohr, Beth Anne. *July 2015.* What Private Investigators need to know about Bitcoin- Part 2, *The California Investigator Magazine*

Mohr, Beth Anne. *April 2015.* What Private Investigators need to know about Bitcoin- Part 1, *The California Investigator Magazine*

Mohr, Beth Anne. *March/April 2014.* Don't let your tongue trip you up: As an expert witness, avoid implicating in hypothetical situations, *Fraud Magazine*
Mohr, Beth Anne. *July/August 2013.* CFEs Investigate This: Are you required to be licensed as a Private Investigator? *Fraud Magazine*

McHard, Janet M. & Mohr, Beth Anne. *September/October 2012.* Career Connection: Hanging out your Shingle, Part 2. *Fraud Magazine*

McHard, Janet M. & Mohr, Beth Anne. *July/August 2012.* Career Connection: Hanging out your Shingle, Part 1. *Fraud Magazine*

Mohr, Beth. Winter 2011. Leveraging the Expert: How Soon is too Soon? *For the Defense*, publication of the New Mexico Criminal Defense Lawyers Association. Vol XV, Issue 4.
McHard, Janet M. & Mohr, Beth Anne. *July/August 2011.* Hotlines for Heroes: Making a Fraud Hotline Accessible and Successful. *Fraud Magazine*

Mohr, Beth Anne. 2009. Feeling Blue in the South Valley: A case study of nitrate contamination in Albuquerque's South Valley. *Bulletin of Science, Technology & Society* 29 (5):408-420. (Peer Reviewed Journal)

Mohr, Beth Anne. 2007. The Use of Performance Measurement in Civilian Oversight of Law Enforcement, School of Public Administration, University of New Mexico, Albuquerque.

## PROFESSIONAL SPEAKING:

Date:         May 2022
Group:        Pueblo of Tesuque
Topic:        Recognizing Red Flags and Avoiding Fraud
Location:     Tesuque Pueblo, New Mexico

Date:         April 2022
Group:        Mississippi Band of Choctaw
Topic:        Active Shooter Response Training
Location:     Pearl River, Mississippi

Date:         November 2021
Group:        Southern California Fraud Investigators Association
Topic:        What Investigators Need to Know About Bitcoin
Location:     Palm Springs, California (CA-POST Certified)



| | |
|---|---|
| **Date:** | October 2021 |
| **Group:** | Tallahassee Chapters: ACFE & IIA |
| **Topic:** | Interviewing in Fraud Cases: Tricks That Even Experienced Investigators Forget; Case Studies |
| **Location:** | Via webinar |

| | |
|---|---|
| **Date:** | October 2021 |
| **Group:** | Enterprise University |
| **Topic:** | Frauds to Watch Out For: A Case Study Approach |
| **Location:** | Via webinar |

| | |
|---|---|
| **Date:** | August 2021 |
| **Group:** | ACFE – Fort Myers Chapter |
| **Topic:** | Ethical Considerations in Fraud Investigations |
| **Location:** | Via webinar |

| | |
|---|---|
| **Date:** | May 2021 |
| **Group:** | County of San Francisco |
| **Topic:** | Evidence Collection for Auditors |
| **Location:** | Via webinar |

| | |
|---|---|
| **Date:** | April 2021 |
| **Group:** | Institute of Internal Auditors Nashville Chapter |
| **Topic:** | Investigating Management Fraud - Part I |
| **Location:** | Via webinar |

| | |
|---|---|
| **Date:** | April 2021 |
| **Group:** | Association of Certified Fraud Examiners – El Paso |
| **Topic:** | Small Business Fraud Awareness: Strategies for Identification and Prevention |
| **Location:** | Via webinar |

| | |
|---|---|
| **Date:** | November 2020 |
| **Group:** | Association of Certified Fraud Examiners – El Paso |
| **Topic:** | Forensic Accounting Investigative Practices |
| **Location:** | Via webinar |

| | |
|---|---|
| **Date:** | September 2020 |
| **Group:** | Association of Certified Fraud Examiners – New Mexico Chapter |
| **Topic:** | Don't Let Your Tongue Trip You Up: Dealing with Hypotheticals During Expert Testimony |
| **Location:** | Via webinar |



**Date:**       September 2020
**Group:**      Association of Certified Fraud Examiners – New
                Mexico Chapter
**Topic:**      The Do's & Do Not's of Report Writing
**Location:**   Via webinar

**Date:**       September 2020
**Group:**      Association of Certified Fraud Examiners – New
                Mexico Chapter
**Topic:**      Ethics, How Do You Know If You Have Them?
**Location:**   Via webinar

**Date:**       August 2020
**Group:**      Association of Certified Fraud Examiners – El Paso
                Chapter
**Topic:**      Evidence Collection for CFEs, CPAs, Auditors &
                Investigators
**Location:**   Via webinar

**Date:**       January 2020
**Group:**      New Mexico Tribal Gaming Symposium
**Topic:**      Money Laundering in Casinos
**Location:**   Santa Ana, New Mexico

**Date:**       January 2020
**Group:**      New Mexico Tribal Gaming Symposium
**Topic:**      Anatomy of Fraud:  Insight from Real Cases
**Location:**   Santa Ana, New Mexico

**Date:**       October 2019
**Group:**      Association of Certified Fraud Examiners – San Diego
                Chapter
**Topic:**      Fraud in Governmental Entities and ACFE Ethics
**Location:**   San Diego, California

**Date:**       September 2019
**Group:**      Escrow Institute of California
**Topic:**      Red Flags of Fraud and Psychology of Fraud
**Location:**   Irvine, California

**Date:**       September 2019
**Group:**      Association of Certified Fraud Examiners – Greater
                Toronto Area Chapter
**Topic:**      Understanding and Investigating Management Fraud
**Location:**   Toronto, Ontario, Canada



| | |
|---|---|
| **Date:** | August 2019 |
| **Group:** | Office of the State Auditor and Inspector |
| **Topic:** | Stupid Fraud:  Too Dumb to Get Caught & Professional Ethics |
| **Location:** | Oklahoma City, Oklahoma |

| | |
|---|---|
| **Date:** | June 2019 |
| **Group:** | 30th Annual Global Association of Certified Fraud Examiners Conference |
| **Topic:** | Evidence Collection for CFEs and Auditors |
| **Location:** | Austin, TX |

| | |
|---|---|
| **Date:** | April 2019 |
| **Group:** | Association of Certified Fraud Examiners – Las Vegas Chapter |
| **Topic:** | Anatomy of Fraud |
| **Location:** | Las Vegas, Nevada |

| | |
|---|---|
| **Date:** | April 2019 |
| **Group:** | New Mexico State Bar Foundation |
| **Topic:** | Surviving White Collar Cases – Just the Facts Ma'am: The Challenge of Proving Intent – Dumb or Diabolical Accounting? |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | April 2019 |
| **Group:** | National Association of Criminal Defense Lawyers |
| **Topic:** | Forensic Accounting 101 |
| **Location:** | Las Vegas, Nevada |

| | |
|---|---|
| **Date:** | March 2019 |
| **Group:** | TCTC – New York State Auditors |
| **Topic:** | Psychology of Fraud & Case Studies, Bitcoin Basics, Hotlines for Heroes |
| **Location:** | Albany, NY |

| | |
|---|---|
| **Date:** | October 2018 |
| **Group:** | ACFE –San Diego Chapter & IIA San Diego Chapter |
| **Topic:** | Fraud & Ethics – Half-day Seminar |
| **Location:** | San Diego, CA |

| | |
|---|---|
| **Date:** | August 2018 |
| **Group:** | Office of the State Auditor & Inspector |
| **Topic:** | Fraudsters & Fraud Victims: Case Studies into the Psychology of Both |
| **Location:** | Oklahoma City, OK |



**Date:**        October 2017
**Group:**       Association of Certified Fraud Examiners – Hawaii
                 Chapter
**Topic:**       Ethical Considerations for Fraud Investigations,
                 Fraud Case Studies
**Location:**    Honolulu, Hawaii

**Date:**        September 2017
**Group:**       Association of Certified Fraud Examiners – Greater
                 Kansas City Chapter
**Topic:**       Ethical Considerations, Case Studies and Expert
                 Witness Seminar
**Location:**    Kansas City, Kansas

**Date:**        September 2017
**Group:**       Association of Certified Fraud Examiners – New
                 Mexico Chapter
**Topic:**       Interviewing for the facts: Getting from "Yes" to "No"
                 to Resolution and Beyond
**Location:**    Albuquerque, New Mexico

**Date:**        August 2017
**Group:**       Oklahoma State Auditors
**Topic:**       Anatomy of Fraud:  Insights from Real Cases
**Location:**    Oklahoma City, Oklahoma

**Date:**        July 2017
**Group:**       Century Bank Business Connector Group
**Topic:**       Red Flags of Fraud & Employee Investigations
**Location:**    Albuquerque, New Mexico

**Date:**        March 2017
**Group:**       Association of Certified Fraud Examiners – New
                 Mexico Chapter
**Topic:**       Ethics – The Game Show
**Location:**    Albuquerque, New Mexico

**Date:**        February 2017
**Group:**       Virginia Banker Association
**Topic:**       The Personality of the Fraudster
**Location:**    Charlottesville, VA

**Date:**        January 2017
**Group:**       Institute of Managerial Accountants
**Topic:**       Bitcoin Basics: What you need to know
**Location:**    Albuquerque, New Mexico



| | |
|---|---|
| **Date:** | October 2016 |
| **Group:** | Embry-Riddle Aeronautical University |
| **Topic:** | Fraud Examinations: Methodology, Interviews & Case Studies |
| **Location:** | Prescott, Arizona |

| | |
|---|---|
| **Date:** | August 2016 |
| **Group:** | Financial Investigations |
| **Topic:** | Bitcoin Basics: What investigators need to know |
| | *Course Certified for Law Enforcement credit by the NM Department of Public Safety* |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | May 2016 |
| **Group:** | Nusenda Credit Union |
| **Topic:** | Bitcoin Basics: What CFEs need to know |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | May 2016 |
| **Group:** | ACFE-El Paso (Texas) Chapter |
| **Topic:** | Fraud in Governmental Entities: Case Studies and Other Fun Stories, Bitcoin Basics |
| **Location:** | El Paso, Texas |

| | |
|---|---|
| **Date:** | February 2016 |
| **Group:** | ACFE-New Mexico Chapter |
| **Topic:** | Bitcoin Basics: What CFEs need to know |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | August 2015 |
| **Group:** | New Mexico State Bar, 2015 Tax Seminar CLE |
| **Topic:** | Money Laundering |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | July 2015 |
| **Group:** | AGA Albuquerque Chapter |
| **Topic:** | Interviewing Techniques |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | February 2015 |
| **Group:** | Wells Fargo Specialty Markets Group |
| **Topic:** | Anatomy of Theft & Personality of a Thief |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | January 2015 |
| **Group:** | New Mexico Criminal Defense Lawyers Association |
| **Topic:** | Practice Management |
| **Location:** | Albuquerque, New Mexico |



**Date:**          October 2014
**Group:**         San Juan Basin Chapter, New Mexico Society of
                   Certified Public Accountants
**Topic:**         Red Flags of Fraud
**Location:**      Farmington, New Mexico

**Date:**          August 2014
**Group:**         Association of Certified Fraud Examiners – New
                   Mexico Chapter
**Topic:**         Ethics: New ACFE Professional Guidance – "The
                   Ethics Game Show"
**Location:**      Albuquerque, New Mexico

**Date:**          June 2014
**Group:**         New Mexico Gaming Control Board
**Topic:**         Understanding Financial Statements and Financial
                   Statement Fraud, Interactive Case Studies,
                   Conducting Investigative Interviews and Admission
                   Seeking Interviews. *Course Certified for Law
                   Enforcement credit by the NM Department of Public
                   Safety*
**Location :**     Albuquerque, New Mexico

**Date:**          May 2014
**Group:**         New Mexico Gaming Control Board
**Topic:**         Fraud Basics, Basic Financial Investigations with
                   Case Studies, Using Tax Returns in Financial
                   Investigations, Casino Compliance, the Bank Secrecy
                   Act and Anti-Money Laundering. *Course Certified for
                   Law Enforcement credit by the NM Department of
                   Public Safety*
**Location :**     Albuquerque, New Mexico

**Date:**          May 2014
**Group:**         Association of Certified Fraud Examiners – New
                   Mexico Chapter
**Topic:**         ACFE Professional Standards – "Don't Let Your
                   Tongue Trip You Up"
**Location :**     Albuquerque, New Mexico

**Date:**          April 2014
**Group:**         Virginia Bankers Association
**Topic:**         Interviewing & Interrogation Basics
**Location :**     Charlottesville, Virginia

**Date:**          April 2014
**Group:**         New Mexico Regulation – Securities Division
**Topic:**         Interviewing & Interrogation
**Location:**      Santa Fe, New Mexico



| | |
|---|---|
| **Date:** | December 2013 |
| **Group:** | New Mexico Government Finance Officers Association |
| **Topic:** | Fraud Prevention through Process Improvement |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | October 2013 |
| **Group:** | McHard Accounting Consulting & Don Rabon |
| **Topic:** | Contemporary Interviewing Dynamics |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | September 2013 |
| **Group:** | Institute of Internal Auditors – El Paso Chapter |
| **Topic:** | Fraud Seminar: Case Studies |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | September 2013 |
| **Group:** | Association of Certified Fraud Examiners – New Mexico Chapter |
| **Topic:** | NM Private Investigations License – Who needs one? |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | May 2013 |
| **Group:** | International Association of Special Investigation Units |
| **Topic:** | Forensic Accounting: An Aid to Claims Investigations |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | April 2013 |
| **Group:** | Admiral Beverage Corporation |
| **Topic:** | Red Flags of Fraud |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | October 2012 |
| **Group:** | Institute of Internal Auditors – El Paso Chapter |
| **Topic:** | Interview Techniques for the Auditor |
| **Location:** | El Paso, Texas |

| | |
|---|---|
| **Date:** | July 2012 |
| **Group:** | Association of Certified Fraud Examiners – New Mexico Chapter |
| **Topic:** | Essential Interview Secrets for the CFE |
| **Location:** | Albuquerque, New Mexico |

| | |
|---|---|
| **Date:** | May 2012 |
| **Group:** | City of Albuquerque, Family & Community Services |
| **Topic:** | 2012 Management Retreat: Leveraging FCS Services |
| **Location:** | Albuquerque, New Mexico |



**Date:**       February 2011
**Group:**      Association of Certified Fraud Examiners
**Topic:**      Hotlines for Heroes: Creating an Approachable Fraud
                Reporting Hotline
**Location:**   Webinar; Albuquerque, New Mexico

**AWARDS:**

Albuquerque Business First Diverse Business Leader 2016
Albuquerque Business First, Business Journal

Phi Kappa Phi, December 2007
National Graduate Honor Society of Public Administration

Pi Alpha Alpha, May 2007
National Honor Society for Public Administration

Commanding Officer's Citation, July 1990
San Diego Police Department
Development of training program for SDPD

Commanding Officer's Citation, April 1987
San Diego Police Department
Investigation/arrests of serial burglary ring

Commanding Officer's Citation, June 1986
San Diego Police Department
Investigation/arrests of white-collar crime syndicate

**ACTIVITIES:**

Alexis de Tocqueville Society, Member
United Way of Central New Mexico
Albuquerque, New Mexico

Operation from the Heart
Volunteer Agent
Albuquerque, New Mexico





# The McHard Firm

933 San Mateo Blvd NE, Suite 500-151, Albuquerque, NM  87108
1220 Rosecrans St, Suite 102, San Diego, CA  92106
505/554-2968 NM  619/764-6144 CA  877/279-2942 Fax

*State of Ohio v. Jones*
Trial No. B-9508578;  Appeal No. C-990813
Expert report disclosed:  Inadequate investigation, evidence collection, cognitive bias
Habeas death penalty case
Testimony scheduled for hearing, Aug 2022
March 2022

*United States of America v. Kenneth John Rhule*
No. 2:20-CR-105-JCC
Expert report disclosed: Bitcoin, cryptocurrency
Case settled after expert report disclosed
Counsel: Barry Flegenheimer, Peter Offenbecher, for Defendant
February 2022

*Arthur v. Roosevelt County Board of County Commissioners, et al.*
1:21-cv-00513-MV-LF
Expert deposition: Wrongful arrest, inadequate investigation, inadequate training
Case settled after expert deposition
Counsel: Eric Dixon, for Plaintiff
December 2021

*The People of the State of California v. Osvaldo Apolo Lopez*
Case No. SCS297472
Expert trial testimony given: Shooting/justification, perceptual distortions during shooting
Counsel: Emily Rose-Weber, for Defendant
December 2021

*Lindsi Zumwalt v. Evans, et al.*
1:20-cv-01276-KWR-LF
Noticed as expert/report disclosed: False arrest, excessive force, civil rights
Report disclosed, deposition pending
Counsel: Paul Cohen, for Plaintiff
November 2021

*John Kivlin v. City of Bellevue, WA, et al.*
2:20-cv-00790-RSM
Noticed as expert/report disclosed: Police Misconduct, investigations, civil rights
Case resolved after disclosure of expert report
Counsel: Patricia Rose, for Plaintiff Police Officer
September 2021

Beth A. Mohr, CFE, CFCS, CAMS, CCCI, PI
Testimony list
Page 1 of 3



*Dominique Evans et al v. County of Los Angeles, et al.*
2:20-cv-02504-SB-AS
Noticed as expert/report disclosed: Police Misconduct, Investigations, Civil Rights
Deposition pending: case on appeal
Counsel: Anthony Petale, for Plaintiff
February 2021

*David Gaytan v. NMSP, Officer A. J. Romero, et al*
2:19-cv-00778 SMV/KRS
Noticed as expert/report disclosed: False Arrest, Excessive Force, Police Procedures
Case settled after expert report disclosed
Counsel: Taylor Lueras, for Defense
August 2020

*John Ganley v. Eric Jojola, CABQ, et al.*
D-202-CV-201701597
Noticed as expert/report disclosed: Police Procedures, Police Misconduct
Case settled
Counsel: Nicole Moss for Plaintiff
June 2020

*State of New Mexico v. Irene Archer*
D-1314-CR-201600343
Allowed by Court as expert witness: Fraud examination
Trial testimony
Counsel:  Anthony Long, for Prosecution
December 2019

*Donald Moya v.  The Board of Education of the Albuquerque Public Schools, et al.*
D-101-CV-201501940
Noticed as expert witness: Fraud examination
Deposition
Counsel:  Elizabeth German, for Defendant APS
January 2017

Confidential personnel matter concerning Pinon Community School employee
Testimony before Administrative Law Judge
Counsel:  Samantha Kelty, for Respondent school
February 2016

*USA vs. Rodney Chavez*
1:12-cr-01582-JB
Noticed as expert witness: Money laundering, Fraud
Counsel: Angelica Hall, for Defendant
July 2013

*UNM, et al. v. The Flintco Co.,*
CV 2010-03625
Trial
Counsel:  John V. Wertheim, for *Qui Tam* Plaintiff
February 2013



*UNM, et al. v. The Flintco Co.,*
CV 2010-03625
Deposition
Counsel:  John V. Wertheim, for *Qui Tam* Plaintiff
September 2012

*Fogarty v. Gallegos, et al*
1:05-cv-00026-WJ-LFG
Trial testimony
Allowed by Court as expert witness:  Police procedures, police misconduct
Counsel:  Mary Y.C. Han, for Plaintiff
December 2008

*Orr, et al, v. City of Albuquerque, et al*
1:01-cv-01365-JAP -RHS
Deposition
Counsel: Mary Y.C. Han, For Plaintiff
March 2007

*Buck L ET v. City of Albuquerque, et al*
*1:04-cv-01000-WJ-DJS*
Previously D-202-CV200401822
Deposition
Counsel: Katheryn C. Levy, for Defendant City
October 2005

*Tanberg, et al v. Sholtis, et al*
2:02-cv-00348-LCS-LFG
Deposition
Counsel: Kathryn Levy, for Defendant City
January 2003