IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>**JOHNATHAN CRAFT, et. al,**<br><br>　　　　　　　　　Defendant. | Case No. **19-cr-1631-DHU** |

## JOHNATHAN CRAFT'S FIFTH AMENDED EXHIBIT LIST

**COMES NOW** Defendant Johnathan Craft, by and through his undersigned legal counsel, and hereby provides the following notice of his intent to introduce any of the following exhibits at any trial or hearing in this matter:

## CRAFT EXHIBIT LIST

| PRESIDING JUDGE<br><br>**DAVID H. URIAS** | PLAINTIFF'S ATTORNEY<br><br>**LETITIA SIMMS**<br>**JACK BURKHEAD** | DEFENDANT'S ATTORNEY<br><br>**MEREDITH BAKER**<br>**BARRETT (BARRY) PORTER** |
|---|---|---|
| TRIAL DATE (S)<br><br>January 17, 2023 to _____ | COURT REPORTER<br><br>**CARMELLA MCALLISTER** | COURTROOM DEPUTY<br><br>**JUAN GONZALES** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| | A | | | | Diagram of Best Choice Inn |
| | B | | | | Photographs of Best Choice Inn Exterior |
| | C | | | | Photographs of Best Choice Inn Office Interior |
| | D | | | | Jane Doe 1 cell phone extraction reports in full or any portion thereof. |

| | | | | | |
|---|---|---|---|---|---|
| | E | | | | Jane Doe 2 cell phone extraction reports in full or any portion thereof. |
| | F | | | | Screenshots Combo-Facebook Evidence (BCI DEFENSE 003694-003700) |
| | G | | | | Jonathan Craft Pay period ending 6-2-2019 |
| | H | | | | Rogelio Loera Cibola Correctional Center Record |
| | I | | | | Alexa Shockley Facebook Feed including Photos and Posts in full or any portion thereof (BCI DEFENSE 002711-002717) |
| | J | | | | Alexa Shockley Stax Facebook Feed including Photos and Posts in full or any portion thereof (BCI DEFENSE 002718-002728) |
| | K | | | | Court Records and Criminal Conviction Documents: Willie Horton<br>1. Trafficking (By Possession with Intent To Distribute Cocaine) in cause number D-202-CR-1998-03560 in the Second Judicial District Court, Bernalillo County, New Mexico;<br>2. Trafficking (By Possession with Intent To Distribute Cocaine) in cause number D-202-CR-2008-01000 in the Second Judicial District Court, Bernalillo County, New Mexico;<br>3. Trafficking (By Possession with Intent To Distribute Cocaine) in cause number D-202-CR-2016-03839 in the Second Judicial District Court, Bernalillo County, New Mexico; |
| | L | | | | Court Records and Criminal Conviction Documents for Pauline Madrid |
| | M | | | | Court Records and Criminal Conviction Documents for April Shockley |
| | N | | | | Court Records and Criminal Conviction Documents for Andrea Chavez |
| | O | | | | WITHDRAWN |
| | P | | | | WITHDRAWN |
| | Q | | | | Court Records and Criminal Conviction Documents: Gabriella England |
| | R | | | | Court Records and Criminal Conviction Documents: Catherine Echavarria - Bigley |
| | S | | | | City of Albuquerque Compliance Letter |
| | T | | | | Motel Fee Advisement sheet – before 2019 |
| | U | | | | Indictment with Johnathan Notes-Seized by USMS |
| | V | | | | List of prohibited persons from Best Choice Inn motel |
| | W | | | | Motel Fee Contract Signed by Eddie Hill |
| | X | | | | Motel Fee Advisement Signed by Robert Rodriquez |
| | Y | | | | BCI – Bhula Check Records |
| | Z | | | | Jonathan Craft Pay period ending 11-15-2018 |
| | AA | | | | Pay records for Ashley Langston |
| | BB | | | | Pay records for Willie Horton |
| | CC | | | | WITHDRAWN |
| | DD | | | | Motel Fee Advisement signed by Ashley Langston |

| | | | | |
|---|---|---|---|---|
| **EE** | | | | Photo – Single Queen Room |
| **FF** | | | | Photo – Double Queen Room |
| **GG** | | | | Photo – Double Queen Room |
| **HH** | | | | Photo – Double Queen Room |
| **II** | | | | Photo – Single King Room |
| **JJ** | | | | WITHDRAWN |
| **KK** | | | | WITHDRAWN |
| **LL** | | | | Video Still – Fake Drug Deal 3-5-2019 (Substance) |
| **MM** | | | | Video Still – Fake Drug Deal 3-5-2019 (Front Desk Window) |
| **NN** | | | | Shopstopping Secondhand Store Flyer |
| **OO** | | | | Photos of Women at BCI on 6-18-2019 (Unredacted) |
| **PP** | | | | Best Choice Inn Case People – 1-8-2023 |
| **QQ** | | | | Cashier Log 2-5-2019 (11049) |
| **RR** | | | | Cashier Log 2018 (15203) |
| **SS** | | | | Cashier Log 5-15-2018 (15207) |
| **TT** | | | | Cashier Log 2018 (15211) |
| **UU** | | | | Cashier Log 2018 (15214) |
| **VV** | | | | Cashier Log 8-11-2018 (8654-8657) |
| **WW** | | | | APD report 05-07-2019_UNREDACTED (17783) |
| **XX** | | | | Cashier Log 5-2019 (5785-5797) |
| **YY** | | | | Cashier Log 3-2019 (14483).pdf |
| **ZZ** | | | | Cashier Log 3-2019 (14487) |
| **AAA** | | | | Cashier Log 3-2019 (14490) |
| **BBB** | | | | Cashier Log 3-2019 (14494) |
| **CCC** | | | | Cashier Log 3-2019 (14495) |
| **DDD** | | | | Cashier Log 3-2019 (14499) |
| **EEE** | | | | Cashier Log 3-2019 (14502) |
| **FFF** | | | | Cashier Log 3-2019 (14506) |
| **GGG** | | | | Cashier Log 3-2019 (14513) |
| **HHH** | | | | Cashier Log 3-2019 (14517) |
| **III** | | | | Cashier Log 2-23-2018 (15024) |
| **JJJ** | | | | Cashier Log 3-23-2018 (15026) |

|  | | | | | |
|---|---|---|---|---|---|
| | **KKK** | | | | Cashier Log 3-21-2018 (15032) |
| | **LLL** | | | | Cashier Log 3-24-2018 (15036) |
| | **MMM** | | | | Cashier Log 3-2-2018 (15040) |
| | **NNN** | | | | Cashier Log 4-11-2019 (4421) |
| | **OOO** | | | | Cashier Log 3-22-2018 (15028) |
| | **PPP** | | | | Rental Agreement 2-12-2019 (11361) |
| | **QQQ** | | | | Rental Agreement 1-17-2019 (11922) |
| | **RRR** | | | | Rental Agreement 4-11-2019 (4749) |
| | **SSS** | | | | Rental Agreement 4-3-2019 (4753) |
| | **TTT** | | | | Rental Agreement 7-12-2018 (14050) |
| | **UUU** | | | | Rental Agreement 5-19- 2019 (6276) |
| | **VVV** | | | | Rental Agreement 5-28- 2019 (6280) |
| | **WWW** | | | | Rental Agreements (15050-15061) |
| | **XXX** | | | | NM Driver License (11923) – Redacted |
| | **YYY** | | | | NM Driver License (14051) – Redacted |
| | **ZZZ** | | | | Eddie Hill Jail Call 20_HILL_505-322-1384_01-30-20_2127 (Audio) |
| | **AAAA** | | | | UC and CI Buy from Lyron Wooldridge 4-16-19 (Audio) |
| | **BBBB** | | | | CI Recording with Lyron Wooldridge (Audio) |
| | **CCCC** | | | | Transcript of Grand Jury Testimony – Pauline Madrid |
| | **DDDD** | | | | Transcript of Grand Jury Testimony – Ashley Langston |
| | **EEEE** | | | | Transcript of Grand Jury Testimony – Marcella Hernandez |
| | **FFFF** | | | | Transcript of Grand Jury Testimony – Virginia Hernandez |
| | **GGGG** | | | | Transcript of Grand Jury Testimony – Valerie Gallegos |
| | **HHHH** | | | | Transcript of Grand Jury Testimony – Matthew Hoisington |
| | **IIII** | | | | Transcript of Grand Jury Testimony – Morgan Langer |
| | **JJJJ** | | | | Transcript of Grand Jury Testimony – Sean Murphy |
| | **KKKK** | | | | Transcript of Interview of Rogelio Loera – 7-11-2022 |
| | **LLLL** | | | | Recording of Interview Rogelio Loera – 7-11-2022 (Video) |
| | **MMMM** | | | | NMSA-48-3-16 Liens of owners and operators of public accommodations |

Mr. Craft may amend this Exhibit List as additional information becomes available.

Respectfully Submitted,

BURGESS & PORTER LAW, LLC

I hereby certify that the foregoing Document was served electronically through the CM/ECF system, which caused electronic service of this document upon the assigned AUSA and all other parties in this matter.

 /s/ Barrett (Barry) G. Porter

/s/ **Barrett (Barry) G. Porter**
_____

Meredith Baker and
Barrett G. Porter
Attorneys for Defendant Craft
Burgess & Porter Law, LLC
400 Gold Avenue, SW Suite 910
Albuquerque, NM 87102
Phone:  505-433-5545  /  Fax: 505-835-3545
Email: bporter@burgessporterlaw.com

 /s/ Barrett (Barry) G. Porter
_____

Barrett G. Porter
Counsel for Defendant Craft