IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 19-1631 DHU |
| vs. | ) |
| **KAMAL BHULLA, et al**. | ) |
| Defendant. | ) |

### ORDER APPOINTING COUNSEL

The matter came before the Court on the United States' motion to appoint counsel for V.C. and M.C., sisters who were employed at the Best Choice Inn and that the United States intends to call at trial. The United States advised the Court that the testimony of V.C. and M.C. may implicate their respective Fifth Amendment rights. Therefore, it is hereby ORDERED that the CJA Resource Counsel appoint counsel for V.C. and M.C. forthwith. It is further ORDERED that the United States provide the CJA Resource Counsel with identifiers and contact information for V.C. and M.C.

_____
UNITED STATES DISTRICT JUDGE

1