

U.S. Department of Justice

Criminal Division

---

*Office of the Assistant Attorney General*   *Washington, D.C. 20530*

Apr 24, 2023

The Honorable Alexander Uballez
United States Attorney
District of New Mexico
201 3rd Street N.W. Suite 900
Albuquerque, NM  87102

**Attention:**   Letitia Simms
  District of New Mexico

**Re:**   Witness Immunity Authorization
  A▇ S▇
  United States v. Bhula, et. al.

Dear Alexander Uballez:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the District of New Mexico for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring A▇ S▇ to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto, provided that the witness refuses to testify or provide information on the basis of the privilege against self-incrimination.

Sincerely,

*Jennifer A.H. Hodge* (signature)

Jennifer A.H. Hodge
Deputy Assistant Attorney General