**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

　　　　**Plaintiff,**

**v.**                                                     **CR 1:19-01631-DHU**

**KAMAL BHULA, a.k.a. "Rocky,"
JOHNATHAN CRAFT, a.k.a.
"Jonathan Craft," a.k.a. "YN,"
a.k.a. "Wayan,"
WILLIE HORTON, EDDIE HILL
and PRAGNESHKUMAR PATEL,
a.k.a. "Pete,"**

　　　　**Defendants.**

<u>ORDER RELIEVING COUNSEL</u>

This matter comes before the Court pursuant to counsel Meredith Baker's Motion for Withdrawal of Counsel and Appointment of Substitute Counsel for Defendant Craft, to relieve court-appointed attorney, Meredith Baker, in the above-captioned case and to appoint new CJA co-counsel Susan Burgess-Farrell.  It is noted that Assistant United States Attorney Letitia Simms takes no position in this motion.

Upon consideration of the motion filed in the Motion to Withdraw (Doc. 524), the Court finds that good cause exists to grant the motion, to relieve present counsel of further representation and to appoint new CJA co-counsel Susan Burgess-Farrell.

ACCORDINGLY current CJA counsel for Johnathan Craft, Meredith Baker, is relieved of further representation and new CJA co-counsel Susan Burgess-Farrell be

1

appointed for Johnathan Craft.

_____
UNITED STATES DISTRICT JUDGE