# Joshua E. Belida

2660 Fritts Crossing SE, Albuquerque, NM 87106
571-324-6252
Joshua.E.Belida@dea.gov

**EDUCATION:**

*Westfield State University, Westfield, MA*
Bachelor of Science, Criminal Justice, May 2008

**EMPLOYMENT:**

| | |
|---|---|
| *United States Drug Enforcement Administration* | *January 2011 to Present* |
| Albuquerque District Office | September 2016 to Present |
| Sierra Vista Resident Office | July 2011 to September 2016 |
| Manchester Resident Office | January 2011 to July 2011 |

- Initiate and coordinate investigations targeting drug trafficking and money laundering organizations; develop operational plans; determine investigative techniques to identify criminal organization structure and financial operations.
- Confidential Source utilization; fully investigate information sources by seeking out, recruiting, monitoring, directing and sharing sources in order to develop strategic operational intelligence for the development of cases.
- Prepare Federal and State Title-III wiretap affidavits.
- Analyze and interpret drug codes and cryptic dialogue used by drug traffickers
- Prepare and execute search and arrest warrants.
- Arrest and interview defendants.
- Identify, collect and analyze data and evidence; share information with appropriate Federal, State, and local agencies.
- Conduct operational briefings, and oral presentations.
- Prepare reports of investigation.
- Extract and analyze cellular devices.
- Conduct surveillance, to include physical, electronic, and video surveillance
- Top Secret United States Security Clearance

**TRAINING:**

2011 Basic Agent Training, DEA Academy
2013 Advance Tactics for Criminal Patrol
2014 Money Laundering Seminar
2015 Advanced Interview and Interrogation Technique
2016 Cellebrite Certified Operator and Physical Analyst
2019 Dark Web Investigations
2021 Field Training Agent School
2022 Cellebrite Certified Operator and Physical Analyst Recertification

**TRAINING PROVIDED:**

    2017 *Class Coordinator*, Basic Drug Investigator School, DEA Albuquerque District Office, Albuquerque, NM
    2018 *Class Coordinator*, Basic Drug Investigator School, DEA Albuquerque District Office, Albuquerque, NM
    2019 *Class Coordinator*, Basic Drug Investigator School, DEA Albuquerque District Office, Albuquerque, NM
    2019 *Managing Undercover Operations & Developing UC Relationships*, Basic Drug Investigator School, DEA Albuquerque District Office, Albuquerque, NM
    2022 *Instructor,* Training on Cellebrite, Unites States Attorney's Office, Albuquerque NM

**TESTIMONY:**

    March, 2022 *Drug Expert*, USA v. Michael Theodore Ortega (Trial), Santa Fe, NM
    October, 2022 *Drug Expert,* USA v. Bhula (Daubert Hearing), Albuquerque, NM
    March 2023 *Drug Expert,* United States v. Eloy Romero (Trial), Albuquerque, NM