# SARAH M. GORMAN
1331 Park Ave. SW #403, Albuquerque, NM 87102
505.720.1804(cell) • smgorman.law@gmail.com

**EXPERIENCE**

**LAW OFFICES OF ROBERT D. GORMAN,** Albuquerque, NM  Jan. 2019-present
*Trial Attorney*
Criminal practice including federal felonies, state felonies and misdemeanors. CJA cases within the District of New Mexico including all federal crimes, specifically violent crimes in aid of racketeering, narcotics offenses, firearms offenses, and illegal reentry and 10th Circuit appeals. Limited general civil practice including tort, business, and real estate matters.

**LAW OFFICES OF SARAH M. GORMAN,** San Diego, CA  Sept. 2013-Oct. 2018
*Trial Attorney*
Attorney on the Criminal Justice Act Panel, representing indigent clients in all stages of federal felony cases. Seven appeals to the Ninth Circuit with two oral arguments, including one reversal and remand to the district court. Cases include RICO, mandatory minimum drug importation and distribution cases, bulk cash smuggling, illegal reentry, document fraud, alien smuggling, social security fraud, harboring a fugitive, child pornography, and felon in possession of a firearm cases.

**FEDERAL DEFENDERS OF SAN DIEGO, INC.,** San Diego, CA  Sept. 2008-Sept. 2013
*Trial Attorney*
Represented indigent clients in all stages of federal felony cases, from initial appearance through sentencing, supervised release and appeal. Over five years, handled several hundred cases and took five cases to jury trial; authored and argued a Ninth Circuit appeal that resulted in remand to the district court. Cases included illegal reentry, document fraud, alien smuggling, mandatory minimum narcotics cases, child pornography, and a juvenile sex offense. Led new attorney trainings and conducted CJA panel training on illegal reentry litigation. Brief and conduct evidentiary hearings regarding Fourth Amendment violations and Due Process violations in deportation proceedings.

**NEW MEXICO PUBLIC DEFENDER DEPARTMENT,** Albuquerque, NM
*Assistant Public Defender, Felony Division and Misdemeanor Division*  August 2005-August 2008
Represented indigent clients in all aspects of the defense of misdemeanor through second degree felonies in Bernalillo County District Court and Metropolitan Court, including jury trials and substantive motion hearings. Promoted from Misdemeanor Division within six months after handling dockets three days a week, conducting over 20 jury and bench trials.

**FEDERAL DEFENDERS OF SAN DIEGO, INC.,** San Diego, CA  Summer 2004
*Legal Intern*
Conducted client interviews, participated in trial preparation, including client visits, reviewed discovery, investigations, drafted motions on evidentiary and Fourth Amendment issues.

**SUPREME COURT OF NEW MEXICO,** Santa Fe, NM  Summer 2003
*Judicial Extern*
Supervised by Supreme Court Justice Edward L. Chávez, reviewed petitions for writs of certiorari and habeas corpus. Researched and wrote bench memos and assisted in the drafting of opinions.

**NEW MEXICO LEGAL AID,** Santa Fe, NM  Summer 2003
*Law Clerk*
Interviewed clients in preparation for unemployment compensation hearings and prepared affidavits. Conducted intake interviews, researched and drafted legal memorandum.

**IMMIGRATION DEPARTMENT, CATHOLIC CHARITIES OF CENTRAL NM**  2001-2003
*Legal Intern*
Interviewed clients, prepared affidavits of abuse, and organized all documents necessary for filing cases pursuant to the Violence Against Women Act.

**BAR**  Admitted to New Mexico and California bars, U.S. District Court for the District of New Mexico and Southern District of California, U. S. Ninth and Tenth Circuit Court of Appeals. New Mexico Hispanic Bar Association Executive Board Member, New Mexico Criminal Defense Lawyers Association member.

**LANGUAGES**  Spanish-speaker, able to read, write, speak, conduct all areas of client representation in Spanish.

**TRAININGS**   National Criminal Defense College Trial Practice Institute (2011) – two-week intensive trial skills training, CJA Trial Skills Academy (2010) – one week intensive training specific to federal trials, Andrea Taylor Sentencing Advocacy Workshop, NMCDLA Trial Skills College.

**EDUCATION**   **UNIVERSITY OF NEW MEXICO SCHOOL OF LAW**, J.D., May 2005
　　Honors:   Deans Award 2005, Second Place in Hispanic National Bar Association Moot Court Competition
　　Activities**:** Admissions Committee, Legal Writing Tutor; Mexican American Law Student Association Board Member
　　**UNIVERSITY OF NEW MEXICO**, B.A. in Spanish, May 2001
　　Honors**:**   *summa cum laude*; Spanish Departmental Honors; Presidential Scholar; Phi Betta Kappa
　　Activities**:** Fall 1999 semester at the Tecnológico de Monterrey, Guadalajara Campus.

**OTHER EXPERIENCE**

　　**CITY YEAR SAN ANTONIO AMERICORPS PROGRAM,** San Antonio, TX　　　*July 2001-July 2002*
　　*Project Leader*
　　Created and implemented bilingual literacy tutoring, after-school programs, and service projects at an inner-city elementary school.  Supervised and lead service team.

　　**KLUZ TV-UNIVISION NEW MEXICO**, Albuquerque, NM　　　*April 2000-July 2001*
　　*News Assistant*
　　Worked in the production of Spanish language newscasts through video editing, writing of news stories, reporting, operation of studio cameras, audio, teleprompter, and video tape recorder operation.