IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                        CR 19-1631 DHU

KAMAL BHULA,

    Defendant.

## ORDER GRANTING MOTION FOR WITHDRAWAL AND APPOINTING COUNSEL

This matter comes before the Court pursuant to defendant Kamal Bhula's Motion for Withdrawal of Counsel Kari Morrissey and Appointment of Attorney Sarah Gorman as Second Counsel, to relieve court-appointed attorney, Kari T. Morrissey, in the above-captioned case and to appoint new CJA co-counsel Sarah Gorman. It is noted that Assistant United States Attorney Letitia Simms does not oppose the relief sought in this motion.

Upon consideration of the motion filed (Doc. 538), the Court finds that good cause exists to grant the motion, to relieve present counsel Kari Morrisey of further representation and to appoint new CJA co-counsel Sarah Gorman.

ACCORDINGLY current CJA counsel for Kamal Bhula, Kari T. Morrissey, is relieved of further representation and new CJA co-counsel Sarah Gorman be appointed for Kamal Bhula.

_____
UNITED STATES DISTRICT JUDGE

2

Submitted by:


*/s/  Nicole W. Moss*
Nicole W. Moss
Attorney for Mr. Bhula

Approved by:
*/s/ Letitia Simms*
Letitia Simms
Assistant United States Attorney

*/s/ no response received*
Kari Morrissey
Counsel for Mr. Bhula

*2*