# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                     No. 1:19-cr-01631-DHU

KAMAL BHULA, *also known as* Rocky, JOHNATHAN CRAFT*, also known as Jonathan Craft*, *also known as* YN, *also known as* WAYAN, WILLIE HORTON, OMRAM, LLC, EDDIE HILL and PRAGNESHKUMAR PATEL, *also known as* PETE,

    Defendants.

## ORDER ESTABLISHING DEADLINES

This matter came before the Court on a May 17, 2023 status conference during which the Court imposed certain deadlines. As stated at the hearing, on or before May 26, 2023, the United States will alert the Court whether it will voluntarily dismiss the newly added counts in the Superseding Indictment (Doc. 530), file a motion to sever trial of those counts, or to take some other action. Defendants will respond on or before June 2, 2023. No reply briefs will be accepted.

**IT IS SO ORDERED**.

_____
HON. DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE