IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

        Case No. 1:19-cr-1631 DHU

KAMAL BHULA et al.,
        Defendants.

## Notice of Change of Address

Gregory M. Acton, attorney for material witness Ashley Langston, hereby gives notice that his address has been changed to:

Acton Law Office, PC
6300 Riverside Plaza Ln. NW, Suite 100
Albuquerque, NM 87120
(505) 338-0453

Respectfully submitted,

*Gregory M. Acton*
Gregory M. Acton
Acton Law Office, PC
6300 Riverside Plaza Ln. NW, Suite 100
Albuquerque, New Mexico 87120
(505) 338-0453

I HEREBY CERTIFY that on this 31th day of May 2023, I filed the foregoing document electronically through the CM/ECF system, which caused all counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

_/s/ Gregory M. Acton_
Gregory M. Acton