IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR No. 19-1631 DHU |
| | ) | |
| vs. | ) | |
| | ) | |
| **KAMAL BHULA, et. al.** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## UNITED STATES' THIRD AMENDED WITNESS LIST

The United States of America, by and through its attorneys Alexander M.M. Uballez, United States Attorney for the District of New Mexico, Letitia Carroll Simms and Jack Burkhead, attorneys for said District, respectfully file the list of anticipated witnesses which may be called for its case-in-chief at trial and requests permission to submit such additional list as may become necessary prior to and during trial:

1. Matthew Hoisington, Drug Enforcement Administration (retired);

2. John Solomon, Drug Enforcement Administration (retired);

3. Jerald B. Shields, Drug Enforcement Administration;

4. Thomas Novicki, Drug Enforcement Administration;

5. Eloy Montoya, Drug Enforcement Agency;

6. Oscar Villegas, Drug Enforcement Agency;

7. Ivar Hella, Drug Enforcement Agency;

8. Josh Belida, Drug Enforcement Administration;

1

9.      Collin Stradling, Drug Enforcement Administration;

10.     Morgan Langer, Homeland Security Investigations;

11.     Sean Murphy, Homeland Security Investigations;

12.     Daniel Meytin, Homeland Security Investigations;

13.     Alex Rodriguez; Homeland Security Investigations;

14.     Zachary Souder, Homeland Security Investigations;

15.     Jason Greene, Homeland Security Investigations;

16.     Jessie Salinas, Homeland Security Investigations;

17.     Armando Licerio, Homeland Security Investigations;

18.     Bob Griffith, Homeland Security Investigations;

19.     Bryan Covington, former New Mexico Office of the Attorney General;

20.     Kyle Woods, Bernalillo County Sheriff's Office;

21.     Herman Martinez, Albuquerque Police Department;

22.     Carlo Franco, Albuquerque Police Department;

23.     Tyler Burt, Albuquerque Police Department;

24.     Maribel Molina, Albuquerque Police Department;

25.     R. Payton, Albuquerque Police Department;

26.     Seth Jones, Albuquerque Police Department;

27.     Joseph Gumble, Albuquerque Police Department;

28.     Matthew Vollmer, Albuquerque Police Department (retired);

29.     Steven Farmer, New Mexico State Police;

30.     Dan Fondse, Federal Bureau of Investigation;

31.     Brian Nishida, former Federal Bureau of Investigation;

32.     Tom Durham, Federal Bureau of Investigation;

33.     Dr. Kimberly Mehlman-Orozco;

34.     P.M.;

35.     A.C.;

36.     A.S.;

37.     A.L.;

38.     B.L.;

39.     M.C.H.;

40.     V.C.H.;

41.     W.H.;

42.     G.E.

43.     K.E.

44.     Bank records custodian;

45.     Airline records custodian;

46.     Expedia records custodian

47.     City of Albuquerque Records custodian and/or Angelo D. Metzgar;

48.     First State Bank Records custodian;

49.     NM Workforce solutions records custodian;

50.     Xiu Liu, Senior Forensic Chemist;

51.     Phanneth Som, Forensic Chemist;

52.     Aaron Tesfai, Senior Forensic Chemist;

53.     Denise M Williams Senior Forensic Chemist;

54.     Brigid M. King, Senior Forensic Chemist;

55.     Darrell Eubank, forensic chemist;

56.     Mary Gay, forensic chemist;

57.     Logan Jamison, forensic chemist;

58.     Pauline Orlando, forensic chemist;

59.     Brandon Wilson, forensic chemist;


Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney


_Electronically filed 6/14/2023_____
LETITIA CARROLL SIMMS
JACK E. BURKHEAD
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM   87103
(505) 346-7274


I hereby certify that on June 14, 2023
I filed the foregoing electronically through
the CM/ECF system, which caused Counsel
for the Defendant, to be served by Electronic means,
as more fully reflected on the Notice of Electronic Filing.

_____/s/_____
LETITIA CARROLL SIMMS
Assistant United States Attorney