IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19-1631 DHU |
| vs. | ) | |
| | ) | |
| KAMAL BHULA et. al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER TO COMPEL TESTIMONY
### PURSUANT TO TITLE 18 U.S.C. §§ 6002-6003

THIS MATTER comes before the Court on the United States' Motion to Compel Testimony Pursuant to 18 U.S.C. §§ 6002-6003 **(Doc. 513)**. Having reviewed the motion and the attached Exhibit 1, the Court hereby **grants** the United States' Motion to Compel Testimony and orders A.S. to testify at trial and in any further proceedings resulting from or ancillary to the instant matter.

**IT IS SO ORDERED**.

_____
DAVID HERRERA URIAS
U.S. DISTRICT COURT JUDGE