**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 1 3 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                  CRIM. NO. 19-1631 DHU

KAMAL BHULA,

      Defendant.

## CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead or go to trial, judgment and sentencing before a United States District Judge.

**I HEREBY:** **Waive (give up) my right to enter my plea before a United States District Judge and I consent to entering my plea, knowingly and voluntarily, before a United States Magistrate Judge, who thereafter will accept my guilty plea and adjudge me guilty.**

_____
Defendant

_____
Attorney for Defendant

Date: 7/13/2023

Before: _____
United States Magistrate Judge