UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                                             CR No. 1:19-01631-DHU

KAMAL BHULA, et al.,

        Defendants.

## ORDER EXTENDING DEADLINE TO FILE OBJECTIONS TO THE PRESENTENCE REPORT

THIS MATTER is before the Court on the Defendant's Unopposed Motion to Extend Deadline to File Objections to the Presentence Report [Doc. 593], which was filed on September 26, 2023. The Court, having been informed of the relevant circumstances, noting that the U.S. Attorney does not oppose the motion, finds that the motion is well taken and should be granted.

IT IS THERFORE ORDERED that Defendant's Unopposed Motion to Extend Deadline to File Objections to the Presentence Report is hereby granted and the deadline to file Objections to the Presentence Report shall be extended up to and including October 6, 2023.

_____
UNITED STATES DISTRICT JUDGE

Submitted on September 26, 2023 by:
Nicole Moss,
Attorney for Kamal Bhula

No objection:
Letitia Simms
Attorney for United States