IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>KAMAL BHULA, et al., )<br>)<br>)<br>    Defendant. ) | Cr. No. 19-1631-DHU |

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE RESPONSE TO DEFENDANT KAMAL BHULA'S OBJECTIONS
TO THE PRESENTENCE INVESTIGATION REPORT**

COMES NOW the United States and hereby respectfully requests the Court to issue an order to extend the date in which to respond to Defendant Kamal Bhula's Objections to the Presentence Investigation Report filed on October 6, 2023 (Doc. 599) (hereinafter referred to as "Objections to the PSR"). In support of this motion, the United States submits the following:

1. On October 6, 2023, defendant filed his Objections to the PSR. Doc. 599. The United States' Response to Defendant's Objections to the PSR are due on or before October 13, 2023.

2. The defendant raises approximately 34 objections to the PSR, and also briefs a request for mitigating role. One week's time will be insufficient to fully respond to this number of objections. As such, the United States respectfully requests seven additional days from October 13, 2023, or until October 20, 2023, to respond to Defendant's Objections to PSR.

3. Defendant's Sentencing Hearing has not yet been scheduled in this matter.

4. Counsel for Defendant, Nicole W. Moss, does not oppose this request.

WHEREFORE, the United States respectfully requests an extension of time until October 20, 2023, for the United States to respond to Defendant's Objections to the PSR.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*Electronically filed 10/11/2023*
LETITIA C. SIMMS
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

I HEREBY CERTIFY that on the 11th
day of October 2023 I filed the foregoing
pleading electronically through the CM/ECF
system, which caused counsel of record
to be served by electronic means on this date.
*/s/*
LETITIA C. SIMMS
Assistant U.S. Attorney