IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR No. 19-1631-DHU |
| ) | |
| vs. ) | |
| ) | |
| **KAMAL BHULA, et al.,** ) | |
| ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

**THIS MATTER** having come before the Court on the unopposed motion of the United States to extend the date for the United States to file its response to Defendant's Objections to the Presentence Investigation Report, and the Court being fully advised in the premises, finds that the motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that the United States is granted an extension to file its response to Defendant's Objections to the Presentence Investigation Report until October 20, 2023.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
Letitia C. Simms
Assistant United States Attorney