UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

vs.           No. 1:19-CR-01631-DHU

**KAMAL BHULA,**

        **Defendant.**

## NOTICE OF UNAVAILABILITY

Nicole W. Moss, counsel for the defendant, hereby gives this Court notice that she is unavailable on the following dates and for the following reasons. Ms. Moss respectfully requests that the court not schedule hearings during this time period.

1. From December 26th, 2023 through December 29th, 2023, Ms. Moss will be out of town.

Respectfully submitted by:

*/s/ Nicole W. Moss*
Nicole W. Moss
Law Office of Nicole W. Moss
514 Marble Ave N.W.
Albuquerque, NM 87102
(505) 244-0950

I hereby certify that a true and correct copy of the foregoing pleading was electronically delivered to AUSA Jack Burkhead and AUSA Letitia Simms on the 17th day of November, 2023.

*/s/ Nicole W. Moss*
Nicole W. Moss