# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 1:19-cr-01631 DHU** |
| Plaintiff, | |
| v. | |
| JOHNATHAN CRAFT, et al. | |
| Defendant. | |

### ORDER GRANTING DEFENDANT JONATHAN CRAFT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE SENTENCING MEMORANDUM

**THIS MATTER** having come before the Court upon Defendant Jonathan Craft's Motion to Extend Time to File Sentencing Memorandum, and the Court having considered the reasons set forth in the motion and being otherwise fully advised, **FINDS**: the motion is well taken and should be **GRANTED**.

**IT IS ORDERED** that Defendant Jonathan Craft's Motion to Extend Time to File Sentencing Memorandum (Doc. 627) until January 16, 2024 is hereby granted.  Further, the deadline for filing responses to the sentencing memoranda is reset to January 25, 2024.

_____
UNITED STATES DISTRICT JUDGE