IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 19-CR-1631 DHU |
| PRAGNESHKUMAR PATEL, | ) ) ) | |
| Defendant. | ) | |

**RAKSHABEN PATEL'S PETITION FOR HEARING ON FORFEITURE OF REAL PROPERTY LOCATED AT 7640 CENTRAL AVENUE SOUTHWEST, ALBUQUERQUE NEW MEXICO 87108**

Rakshaben Patel, respectfully requests this Court to schedule a hearing on the forfeiture of real property located at 7640 Central Avenue, Southwest, Albuquerque, New Mexico 87108 described at LT 1-A BLK 1 PLAT OF LT 1-A BLK 1  B M MORE ADDITION COUNT O, Bernalillo County, New Mexico, County Clerk  of Bernalillo County, New Mexico Assessor's parcel number 101905720306931415, and states as follows:

1. Rakshaben Patel is 75% owner of 7640 Central Avenue, Southwest, Albuquerque, 87108, Bernalillo County, New Mexico, and request a hearing on the preliminary order of forfeiture.

2. Ms. Patel is an "innocent owner" of the property in question, of 75 percent of the property, and qualifies for the innocent owner exception under statute and case law.

3. Ms. Patel obtained her interest through purchase of the property, which documents will be produced in connection with a hearing on this matter.

Respectfully submitted,

/s/ Jason Bowles
Jason Bowles
Bowles Law Firm
4811 Hardware Drive, N.E., Bldg D, Suite 5
Albuquerque, N.M. 87109
Telephone: (505) 217-2680
Email: jason@bowles-lawfirm.com

I hereby certify that a true and correct copy of the foregoing was electronically submitted this 7th day of December, 2023 to:

Counsel Listed through the CM/ECF Filing System

/s/ Jason Bowles
Jason Bowles
Bowles Law Firm

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

_R. R. Patel_
Signature

_Rakshaben Patel_
Printed Name

_12/06/2023_
Date