Dear Sir / Madam

My name is Yateen Bhula. I am the elder brother of Kamal Bhula. My brother has a beautiful soul with lots of kindness and feelings towards people. He always goes out an extra mile to do things for his family and friends.He is a very sociable person therefore loved by many. Growing up with Kamal, i can confidently say that he is a very honest and hard working person. He has done so much things for people out of kindness and goodwill thus his absence is being missed by many. Kamal will have full support from me, my family, friends, neighbours and many others once he is released from custody. We are all praying for Kamals release and being safely back home with his family.

Thanking you

EXHIBIT A

To Whom It May Concern,

I am writing this letter in relation to my beloved uncle, Kamal Bhula, in support of his release from prison. I have had the privilege of witnessing Kamal's innate goodness and unwavering support throughout my life, and it is my sincerest belief that his character deserves to be recognized.

Kamal is not just a wonderful person; he is a source of inspiration and guidance in my life. His presence has been a constant source of strength for me, always ready to lend an ear, provide valuable advice, and offer a helping hand when needed. His unwavering support has made a profound impact on my personal growth and well-being.

I have also had the pleasure of experiencing his compassion and generosity during our family holidays. His willingness to go the extra mile for others, whether it was arranging activities for the family, helping those less fortunate, or simply making everyone feel at ease, was evident to all. Kamal's actions consistently reflected his kind-hearted and selfless nature.

As my uncle, Kamal has always encouraged me to strive for my best and to be a better person. His positive influence on my life is immeasurable, and I firmly believe that he has the potential to continue making a positive impact on the world outside of prison.

My uncles commitment to the well-being of his family and his kindness to others are qualities that deserve recognition and an opportunity to flourish. I will be here to support him emotionally and financially when he is

Thank you for your attention to this matter, and I hope that my words contribute to the just and compassionate consideration of my uncle's release.

Sincerely,

Akshay Bhula

**Dear Judge or Whom it may concern**

I hope this letter finds you well. My name is Geeta Bullah, and I am writing to you on behalf of my cousin, Kamal Bhula.  I am Kamal's first cousin, our dads are brothers and our mums are sisters, and I want to provide you with a more personal perspective on his character.

Kamal and I share a deep bond that goes beyond familial ties; we practically grew up as siblings in each other's homes. He is a kind and loving brother, a year older than I am, who has always been there for me. Our childhood memories are filled with shared laughter, challenges, and the unwavering support that comes from being part of a close-knit family.

It deeply pains our family to witness Kamal facing the consequences of his actions. I firmly believe that the choices he made were out of character and driven by a combination of unfortunate circumstances and poor judgment. Kamal has been a constant pillar of support in my life, demonstrating qualities of responsibility and compassion that define his true character.

As Kamal's first cousin, I can attest to the enduring bonds of family and the positive impact his presence has had on my life. I sincerely hope that you will consider my plea with compassion and understanding, for quick release.

Thank you for your time and consideration.

**Miss Geeta Bullah**

**South Africa**

TO: The the U.S.Attorneys Office

Re ; Matter of Kamal Bhula-Albuquerque .N.M

Your Honor

I am an elder (first cousin ) of Kamal Bhula   .

I write to you to make a sincere appeal for mercy on Kamal Bhula.  Kamal grew up in front of me back home in South Africa .  In all our interactiions ,Kamal was respectful and an up -standing citizen .
He was never involved in any gangs /firearms /criminal behaviour and had no criminal record .  It was very sad to see this young man:s life taking such an unexpected turn .

I cannot claim to know any facts of the said case ,but i honestly believe that Kamal has been entangled in a mess he did not understand .  I think he has learnt a valuable lesson in life now .

Your honor ,i apologise to you and the society of Albuquerque on behalf Kamal Bhula and his family .I appeal to you to send him back to us .I feel he is a lost soul and needs to be guided and rehabilitated to live a rightious and honest life .He has a baby son with whom he never got the chance to parent .  I feel he has served time and is suffering from both  mental and physical ill health .If not taken care of ,his health can lead to an untimely end .The situation is grave your honor. .

Kamal needs to serve the world and its people in a better way .I have no doubt that the family and friends will support and guide him .We all regret the past decisions he has made and he is most remorseful about  his actions too . We will guide him to live a spiritual life which is free from any drugs ,violence and stress .  Let the Good Lord please guide us and we will ensure that  Kamal leaves a positive footprint in  our world ..

I hope my letter meets your kind consideration and approval .I once again ask for compassion and forgiveness .

In conclusion may i quote a profound verse from the Bible -

   Colossians 3:13
  ""Bear with each other and forgive one another .If anyone of you has a grievance against someone ,forgive as the Lord forgave you ".   Let us heal the world .

I may be contacted at any time should anyone need to speak to me

My mobile number is  +27 824570615

God Bless

Deepak Patel

February 9, 2024

To the Honorable Judge David H. Urias,

I BHUMIKA BHULA ex wife of kamal bhula declared that kamal bhula is a wonderful human being, he was a very good husband and father, I lived with him for 17 years and I never had any bad experiences with him. Kamal never had bad habits since I was with him like smoking, drinking etc. He was always helping he was very kind and humble person, he was very loving and caring husband and he is very loving caring father too. My humble request that he deserves to be with his son. He loves his son more than anybody in this world.

All above is truth and accurate!!

Bhumika Bhula

Sanjay Nana
3050 30th CT
Panama City
Florida,
32405

27th October 2023

Subject: Plea for Compassion and Forgiveness on Behalf of Kamal Bhula

Dear Judge or to whom it may concern

I hope this letter finds you well and in good health. I am writing to you as a concerned family member of Kamal Bhula, who is currently facing a challenging and distressing situation. I want to express my deep concerns about the ongoing legal proceedings and make a heartfelt plea for your understanding, compassion, and consideration.

Kamal Bhula is my first cousin and I have known Kamal Bhula since our childhood days. I can confidently vouch for his character, values, integrity, and moral compass. Throughout our shared experiences and the years we have spent together, I have witnessed him grow into a person who upholds the highest standards of ethics and morality. He has always been a source of inspiration for our family and our community. His dedication to helping others and his unwavering commitment to doing what is right have been evident in all his actions.

It is with a heavy heart that I express my concerns about the fairness of the conviction Kamal Bhula is facing. I firmly believe that the circumstances surrounding this case do not accurately reflect his true character or intentions. He is not the kind of person who would engage in any wrongdoing, and I am convinced that there must be a misunderstanding or an oversight in this case. If the opportunity presented itself, my family and I would be more than willing to offer Kamal Bhula an option to reside with us and provide financial support.

I kindly request that you consider the broader context of Kamal Bhula's life and character when making your judgment. People can make mistakes, and I believe that if there were any actions that led to this situation, they are out of character for him. It is my sincerest hope that you can find it in your heart to show compassion and forgiveness if any errors have been made in this case.

I understand that you have a difficult role to play in ensuring justice, and I have the utmost respect for the legal system. However, I also believe that compassion and

6

forgiveness are fundamental pillars of justice. I trust that you will give due consideration to Kamal Bhula's character and past actions when making your judgment.

I am more than willing to provide any additional information or character references that may be helpful in this case. Please feel free to contact me on my US cell phone number 9018348082 or snana007@hotmail.com if you require any further information.

Thank you for taking the time to read this letter and for your understanding. My family and I greatly appreciate your consideration of our plea for compassion and forgiveness on behalf of Kamal Bhula. We hope for a just and fair resolution to this situation.

Sincerely,

**Sanjay Nana** Digitally signed by Sanjay Nana
Date: 2023.10.27 10:49:47 -06'00'

Sanjay Nana

Dear Nicole,

I hope this letter finds you well. I am writing to you as a father who is deeply committed to supporting my son, Kamal Bhula, during this challenging time. I believe it is essential to provide you with a clear and comprehensive overview of Kamal's character and the positive impact he has had on the lives of others.

Kamal is not just my son; he is a remarkable individual who has consistently demonstrated his kindness, compassion, and willingness to help those in need. He possesses a heart that is filled with empathy, and he has actively engaged in various acts of kindness towards others. His commitment to always thinking about others and the wellbeing of others has always been commended.

Kamal has lent a helping hand to friends, acquaintances, and even strangers when they were in need. His dedication to volunteering and helping everyone in need has had a profound impact on the lives of many. He has always believed in the power of positive change and has worked tirelessly to bring that belief to fruition.

I am convinced that Kamal's character and the good he has done for others should be considered. His actions are a testament to the kind-hearted and responsible person that he is.

I want you to know that, as his father, I will continue to support Kamal in every way possible. I eagerly await the day when he will be released from prison, and I am dedicated to ensuring his successful reintegration into society.

If you require any additional information or have specific questions about Kamal's character and good deeds, please do not hesitate to reach out to me. I am more than willing to provide any assistance or details necessary to support his case.

Thank you for your dedication and hard work in representing my son. Together, we can help ensure that Kamal's true character is recognized and appreciated by the legal system.

Thank you.
Narendra Daya Bhula

Dear Honorable Judge, Esteemed Jury, Respected Members & Nicole,

I am Oopesh Bhula, Kamal Bhula's first cousin from South Africa, writing to you with a heartfelt plea for your consideration of his release.

Growing up together, I've known Kamal for the majority of his life, witnessing his caring, kind, and gentle nature.

Kamal has consistently been a pillar of support, always ready to lend a helping hand. I recall numerous instances where he went above and beyond, such as assisting me with a broken-down vehicle in the early hours of the morning (3am), despite being more than 20km away (12.43 miles).

Throughout his career, Kamal has displayed unwavering dedication and hard work to provide for his immediate family. His reliability and trustworthiness have been evident, making him an integral part of everyone's lives.

It is truly disheartening to see Kamal in these unfortunate circumstances, as his kind and gentle soul may have led him to misplaced trust. While not excusing any wrongdoing, I believe this situation is entirely out of character for him.

Should the court consider his release, Kamal will have the full support of our family. We remain hopeful that this plea resonates with you, recognizing the good deeds in his life and the positive contributions he can make moving forward.

In conclusion, while acknowledging the gravity of the situation, I urge the court and jury to show mercy. Kamal deserves a second chance, and with the love, support, and financial assistance from his family, we believe he can steer his life in the right direction.

Feel free to contact me for any additional information or reassurance.

Kind regards,
Oopesh Bhula
+27832829245

Date:  09/11/2023

Dear Judge or Whomever it may Concern,

**Regarding quick release of Kamal Bhula from prison**

I'd like to let you know that Kamal grew up with us in South Africa.

I, Ramanlal Bullah, his blood uncle from his fathers side, Kamal's father is my blood brother.

My wife, Pushpa Bullah, is the blood aunt from his mothers side, Kamal's mother is the blood sister to my wife.

We would be honoured to assist Kamal in whatever way the need would be.

Kamal holds high respect for us.

We are in good financial, health and moral standards.

Hope considering all above can speedily help release Kamal from his sentence of wrong doings.

We trust in your considerations.



**Ramanlal and Pushpa Bullah**

# Letter of character

To whom it may concern:

This letter is to verify that Kamal Bhula is my nephew, and he is a well-mannered person. He is also very quiet, polite, and humble to everyone that he meets. He is also very helpful and honest. Kamal also will do anything and everything for anyone who needs it, and he will do it for no money transfer. Kamal has a lot of support from his family and will continue to have his support when he is released from custody.

Thank you,

*Champak Bhula* (Champ)
Champak Bhula

# THAKOR BHAI BHULA

TO WHOM IT MAY CONCERN

I am Kamal Bhula's uncle, I saw him growing up. He is a humble and honest man. I hope he gets released soon.

My wishes are he gets well soon and can unite with his family.

Sincerely

T.B.Bhula

Hello

My name is Dharmishtha Bhula. I am sister in law to Kamal Bhula. He is a very good person with a big heart. I know him since 1995. He has done a lot for me and my kids. We all miss him a lot and hope that he is released soon. He will forever have my support.

Thanks

Good day

I am Kamal Bhula's aunt, and have known him since he was born.

Kamal has always been a well-mannered, quiet and disciplined person. He is hardworking, honest and reliable in all the years that I know him, and is dedicated to his family. He has the family support system and will continue to have said support in future.

Under this pretext, I recommend Kamal Bhula, based on his mental and moral qualities, be considered for release from custody, and believe that he has served his time for the crime committed.

Thanks

Kind Regards

Dear Judge or To Whom It May Concern

Kamal is my nephew and would would be greatly appreciated if he could be with the family.

He is an honest, knowledgeable, caring, loving person. He is kindhearted.

We would love to have him at home with all of us. We really miss him.

Hello.

My name is Hina Bhula. I am Kamal Bhula's niece. The last time I seen my uncle was when I was nine but from what I can remember, he has the biggest heart. He did so much for my brothers and I and he always made sure everyone around him was always happy. I have made some of my best childhood memories with him. I miss him dearly.

Thank you.

My Kind Greetings

My name is Mr Jateen Nana from Johannesburg, South Africa. I am currently the Headmaster of an Independent School in Lenasia, Johannesburg, South Africa. I have been at this top academic and sporting educational institution for 25 years, of which, 8 as the head.

My reference for Kamal is as a cousin, but more so as a fellow human being. Kamal was always hard working, kind, soft natured in character and a humble soul. I believed him to be a happy go lucky guy. He comes from an immediate family of parents that raised him right - well mannered, respected and humble. Humility was important as were relationships. I am still in contact with his dad. I haven't seen, or communicated with Kamal and my relationship was not a close one, but I do believe in my humble opinion, that dealing with so many individuals at various levels and ages through my professional and personal life, that I am relatively qualified to make a character assumption of Kamal from my personal experiences growing up.

I want what is only best and fair for Kamal and if my motivation aids that, then I will be extremely grateful, especially for his family.

Thank You, be blessed - Take Special Care

I write this heartfelt letter to you pleading for your mercy over my nephew Kamal Bhula. He has a great personality and is very kind hearted person. He has a great family around to support him to boost his moral system, so much lingering moments with his loved ones which he left behind. YOUR HONOUR may your mercy prevail over my nephew Kamal Bhula. In the spirit of great tidings of the year kindly grant him a great Christmas with his loved ones. Have it in your heart to grant him great awaited freedom and we will welcome him with open arm with great kindness your honor.

Your sincerely,
Rekha Patel

To whom it may concern

Good day. My name is Vishay Bhula and I am Kamal Bhulas nephew.

I am writing this email to let you know a little about my uncles character. My uncle has been their for my siblings and I from day one. He is like a second father to us. We spent a lot of our childhood with him making unforgettable memories and he would always do anything to put a smile on our face. We miss him dearly.

My uncle is also the most kindhearted person who is very sensitive to the needs of others and he is always willing to help others. He has had a very positive impact on my life as well as on the life of others.

Kind regards
Vishay Bhula

March 11, 2024

Greetings
To whom it may concern

My name is Hipul Patel and I wanted to let you know about my ex-Brother in law Kamal Bhula. I can say that Kamal Bhula as a brother in law was a wonderful person and still is as a friend. He is a really carrying human being that is always helpful in any way no matter what the situation is . Kamal Bhula is also a very hard working person . He doesn't have any bad habits that would ever put his family in jeopardy. He is a family man who always wanted to secure his family's future and always worried about their well being . He loves his son very much and really misses him.


Thanks

Hipul Patel