

**City of Albuquerque**
Safe City Strike Force
600 2nd Street Suite 500
Albuquerque, NM 87102
(505) 924-3450

Timothy M. Keller, Mayor

12/19/2018

SAISHIVAM LODGING LLC
7640 CENTRAL AVE SE
ALBUQUERQUE NM 87108 2145

RE:  7640 CENTRAL AVE SE ALBUQUERQUE NM 87108

   This letter is a follow-up to our initial letter and subsequent site visit regarding the property located at **7640 CENTRAL AVE SE ALBUQUERQUE NM 87108** ("Property"). At this meeting we discussed the issues with the Property due to the many calls for police service regarding criminal activity and citizen complaints. During this site visit there were some agreed upon measures that would be initiated by the management/owner in an attempt to correct some of these issues. Below is a list of the measures that were going to be taken by management.

1. Install "No Trespassing" signs with the correct ordinance language around the property.
2. Install additional cameras around the property where there are "blind spots".
3. Connect all cameras to the Albuquerque Police Departments (APD) to the Real Time Crime Center (RTCC) which includes installing official signage from the RTCC.
4. Obtain bids for fencing around the Property.
5. Raise the rear wall.
6. Increase security presence around the Property along with a plan to cut down on foot traffic and unauthorized vehicles.
7. Better screening of guests.

You shall provide the City periodic written updates over the course of the next to month in order to track the progress of the above action items.  Please contact this office to arrange a meeting the week of December 31, 2018. Your cooperation in this matter is appreciated.

Sincerely,

*Angelo Metzgar*

Angelo D. Metzgar
Safe City Strike Force Supervisor
City of Albuquerque
(505) 924-3455
ametzgar@cabq.gov

**DEFENDANTS' EXHIBIT**
**(#CR-19-1631-DHU)**
**S**

EXHIBIT B

19-cr-01631                                                                                      USA v. Bhula 01546