# DO NOT ALLOW ON PROPERTY

1. ~~Ray (Playboy)~~ - BLEACHED HAIR, TATTOO ON LEFT CHEEK, PLAYBOY BUNNY NECK TAT, 5'10", SKINNY, TATTOOS ON ARMS & HANDS, BLACK MALE, 30 YRS
2. 
3. ~~Cody~~ LONG BLONDE HAIR, TALL, SKINNY, WHITE, 20-30 YRS OLD, MALE
4. ~~Ashley~~ & ~~Eddie~~
5. HARVEY (JAVIER) - 5'7", SKINNY, BLACK HAIR, BROWN EYES, SHORT, HISPANIC MALE, LATE 30'S
6. JOEY → 6' TALL, SKINNY, BLACK HAIR & GREY HAIR, BROWN EYES, BLACK, WEARS COAT OVER FACE OR MASK USUALLY, 50 OR 60 YRS OLD
7. ~~?~~ → SHORT, 5'4" SKINNY, BLACK CURLY HAIR, CHEST TATTOO, TATTOOS, BROWN EYES, HISPANIC, ONE BLUE EYE & ONE BROWN - ~~ELIJAH~~
8. BLIND GUY WITH
9. ~~MADONNA~~, TALL, 6', MEDIUM BUILD, LATE 40'S, EARLY 50'S, HISPANIC
10. ~~?~~ → BLACK/GREY HAIR, BROWN EYES, TALL 6'2" MEDIUM BUILD, BLACK W/ BROWN EYES, 55-60 YRS. OLD
11. MONSTER - BALD, SKINNY, TALL 5'9", LIGHT FACIAL HAIR, BROWN EYES, 40-50 YRS. OLD, HISPANIC, 45-50 YRS. OLD
12. LINDSEY - SHORT 5'4", SKINNY, BLONDE/BROWN HAIR, BLUE EYES (?), 30 YRS OLD
13. SARAH - SHORT, MEDIUM BUILD, SHORT BLACK HAIR, BROWN EYE, 25-30 YRS OLD, TRYS TO LOOK LIKE A MAN, SHORT HAIR, LIGHT-SKINNED HISPANIC OR BLACK
14. ~~MARGHERITA~~
15. ~~MECCA~~
16. SQUEEZE - 5'2", MUSCULAR BUILD, BALD, BROWN EYES, BLACK MALE
17. DONNA → 5'8", SKINNY, GREY HAIR (LONG, PAST SHOULDERS), 50-60 YRS. OLD, WHITE FEMALE
18. 
19. MYKAYLA
20. Mumbles - ?, SKINNY, BALD, BROWN EYES, BLACK MALE
21. Profit - 5'4", SKINNY, BALD W/ LARGE SCAR ON HEAD, HISPANIC. RAPIST, 30 YRS
    IF SEEN, DO NOT CONTACT & CALL COPS FOR C.T., BURGLARIZED BEST CHOICE
22. Sheryl
23. Monera - 5'2", CHUBBY, DYED BLONDE HAIR, FACE TATTOOS, HISPANIC, 30-35 YRS O
24. Desiny - 5'2", SKINNY, BLACK HAIR (CUT SHORT LIKE A MANS), HISPANIC, 25-30 YRS OL
    30) Knuckles - BLACK TOYOTA CAMRY
25. Crucitta
26. Jerad
27. 
28. 
29. 

EXHIBIT C

19-cr-01631                                                                 USA v. Bhula 02325