# EFFECTIVE 05/17/2019

## WE WILL NO LONGER ALLOW VISITORS TO STAYOVER ALL WILL HAVE TO LEAVE AT (10 PM)

## ALL UNREGISTERED GUEST MUST VACATE THE PREMISES DURING (10 PM TO 9AM) THESE TIMES

## ANY AND ALL GUESTS WITH VISITORS FOUND IN THEIR ROOM AT ANY POINT DURING THESE HOURS WILL AUTOMATICALLY FORFEIT THEIR DEPOSIT (AND/OR) BE ASKED TO IMMEDIATELY PAY A FINE OF $50 PER PERSON FOUND AND IF NOT PAID WILL BE ASKED TO VACATE THE PROPERTY

*[Signatures]*

Rm 219

EXHIBIT D

DEFENDANTS' EXHIBIT
(#CR-19-1631-DHU)
W