|      | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | YR TOTAL |
|------|-----|-----|-----|-----|-----|-----|-----|-----|------|-----|-----|-----|----------|
| 2017 | 8   | 11  | 9   | 10  | 9   | 8   | 10  | 13  | 10   | 16  | 14  | 13  | 131      |
| 2018 | 18  | 15  | 17  | 9   | 11  | 12  | 11  | 5   | 5    | 9   | 5   | 8   | 125      |
| 2019 | 5   | 1   | 11  |     |     |     |     |     |      |     |     |     | 17       |
|      |     |     |     |     |     |     |     |     |      |     |     |     | 273      |



EXHIBIT A