UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**vs.**                                              **No. 19-1631-DHU**

**KAMAL BHULA, et al.**

      **Defendant.**

**PLACEHOLDER FOR EXHIBIT B**

**DIGITAL COPY OF VIDEO OF FAKE DRUG DEAL
AT BEST CHOICE INN ON MARCH 5, 2019**