IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

vs.                NO.  1:19-CR-1631-JB

**KAMAL BHULA,**

   **Defendant.**

### NOTICE OF LODGING OF DIGITAL EXHIBIT

   COMES NOW, Defendant Kamal Bhula, by his counsel, Nicole W. Moss, and respectfully provides notice that a USB was provided to the clerk of the court, Federal District Court, Albuquerque, NM. The USB contains Exhibit B of defendant's exhibits submitted in support of his Reply to the United States' Response to Defendant's Sentencing Memorandum, (Doc. 664) filed 3-21-24 and is before the Hon. David H. Urias.

                    Respectfully Submitted,
                    The Law Office of Nicole W. Moss

                    */s/ Nicole W. Moss*
                    Nicole W. Moss
                    Attorney at Law
                    514 Marble Ave NW
                    Albuquerque, NM 87102
                    (505) 244-0950

I HEREBY CERTIFY that a true and correct
copy of the foregoing pleading was provided this
21st day of March, 2024 to opposing counsel.

By:  */s/ Nicole W. Moss*
   Nicole W. Moss