# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## Contested SENTENCING MINUTE SHEET
### BEFORE THE HONORABLE DAVID J. URIAS

| | | | |
|---|---|---|---|
| CR No: | 19-1631 DHU | USA vs. | Bhula |
| Date: | 3/26/24 | Defendant: | Kamal Bhula |

| | | | |
|---|---|---|---|
| Time In/Out: | 2:04 – 3:36 | Total Time in Court: | 1 hour 32 minutes |
| Clerk: | E. Romero | Court Reporter: | Paul Baca |
| AUSA: | Letitia Simms & Jack Burkhead | Defendant's Counsel: | Nicole Moss |
| Courtroom: | Mimbres | Probation Officer: | J. Hunt |
| Interpreter: | n/a | Interpreter Sworn? | ☐ Choose an item. |
| Convicted on: | Plea | As to: 2nd Superseding Indictment | Counts: 8 |
| Guilty Plea: | Accepted | Plea Agreement: | Accepted |
| Date of Plea/Verdict: 7/13/23 | PSR: Disputed | ☒ Courts adopts PSR Findings | Evidentiary Hrg: Not Needed |
| Exceptions to PSR: | | | |

## SENTENCE IMPOSED

| | |
|---|---|
| **IMPRISONMENT (BOP):** | 57 months and 8 days or time served; whichever is less |
| ☐ 500-Hour Drug Program | ☐ BOP sex-offender treatment program   Other: |
| **SUPERVISED RELEASE:** | 3 years; If deported, unsupervised; If not deported, supervised.   ☒ Mandatory/Standard Conditions |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☒ | Defendant must submit to a search of your person, property, residence, vehicle, papers, computers (as defined in 18USC1030(e)(1)), other electronic communications or data storage devices or media, or office under your control. | ☒ | Defendant must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office. |
| ☐ | Defendant must participate in community-based program which provides education and training in: | ☒ | Defendant must reside at a Residential Reentry Center for a term of (up to) 180 days |
| ☒ | Defendant must complete 60 hours of community service as directed. | ☒ | Defendant must not communicate, or otherwise interact, with victim(s) directly or through someone. |
| ☒ | Defendant must participate in an educational or vocational service program and follow the rules and regulations of that program. | ☒ | Defendant must not communicate, or otherwise interact, with codefendant(s)/coconspirator(s). |

### MONETARY PENALTIES / FORFEITURES

| Fine: $ | -0- | Restitution: $ | -0- | SPA: $ | 100.00 | Due Immediately |
|---|---|---|---|---|---|---|

| Forfeit rights title & interest to: | Real Property located at 7640 Central Avenue SE, Albuquerque, New Mexico, 87108, more particularly described as LT 1-A BLK 1 PLAT OF LT 1-A BLK 1 B M MOORE ADDITION COUNT 0, Bernalillo County, New Mexico, as the same is shown and designated on the plat thereof, filed in the office of the County Clerk of said Bernalillo County Assessor's parcel number 1019057203069304I5, formerly known as the Best Choice Inn. |
|---|---|

### OTHER

| ☒ Waived Appeal Rights per Plea Agreement | ☒ Held in Custody |
|---|---|

### PROCEEDINGS

Court in session – parties state appearances; Court outlines documents reviewed for sentencing; Parties have nothing to add; Ms. Moss addresses Court re: factual allegations in PSR – does not need a ruling; Ms. Moss addresses Court on other objections re: offense level - quantity of drugs and answers Court's questions; Objection re: quantity of drugs – overruled; Ms. Moss addresses Court re: objection to 4-level enhancement – organizer or leader; Ms. Moss addresses gun enhancement; Ms. Moss addresses Court re: 2-level decrease for a minor role; Ms. Simms responds; Court sustains objections as to gun enhancement and organizer-leader; Court denies request for role adjustment; Offense level becomes 29; Offense level of 29 with a CHC I establishes a guideline range of 87-108 months; Ms. Moss addresses Court for sentencing and requests a variance to a time-served sentence; Defendant addresses Court; Ms. Simms addresses Court for sentencing; Officer Hunt responds to Court re: time in custody to date; Court addresses the parties and imposes sentence; Parties have nothing to add.