IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

PRAGNESHKUMAR PATEL, a.k.a. "Pete Patel,",

    *Defendant.*

and

RIVERSTONE BANK, SUCCESSOR BY MERGER TO
FIRST STATE BANK, AND RAKSHABEN PATEL

    *Third Party Petitioners.*

Criminal No.: 1:19-cr-01631-DHU

## **UNOPPOSED MOTION FOR SECOND ORDER EXTENDING TIME TO RESPOND**

The United States moves for an extension of time to file its response to Third Party Petitioner Riverstone Bank's motion to determine priority of interest (Doc. 681) until August 16, 2024. The grounds for this motion are as follows:

1. The Court has issued a Preliminary Order of Forfeiture forfeiting the interest of Defendant Pragneshkumar Patel in real property located at 7640 Central Ave. SE, Albuquerque, New Mexico. (Doc. 592).

2. Third Party Petitioners Riverstone Bank and Rakshaben Patel and the United States are engaged in diligent negotiations to resolve all third-party claims to the property. Resolution of the third part claims requires property and lien valuations. Additional time is needed to complete the valuations.

3. Third Party Petitioners concur in this motion.

WHEREFORE, the United States requests that the time for responding to Riverstone Bank's motion be extended until August 16, 2024.

                                                Respectfully Submitted,

                                                ALEXANDER M.M. UBALLEZ
                                                United States Attorney

                                                <u>Filed on July 18, 2024</u>
                                                STEPHEN R. KOTZ
                                                Assistant U.S. Attorney
                                                201 Third St. NW, Suite 900
                                                Albuquerque, NM 87102

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing;

        /s/
_____
STEPHEN R. KOTZ
Assistant U.S. Attorney