IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.

PRAGNESHKUMAR PATEL, a.k.a. "Pete Patel,",

    *Defendant.*

and

RIVERSTONE BANK, SUCCESSOR BY MERGER TO
FIRST STATE BANK,

    *Third Party Petitioner.*

Criminal No.: 1:19-01631-DHU

## STIPULATED ORDER EXTENDING TIME TO RESPOND

WHEREAS, Third Party Petitioner Riverstone Bank, Successor By Merger To First State Bank, filed a motion to determine priority of interest on June 13, 2024 (Doc. 681). The parties have agreed to an extension of time for the United States to file a response from July 18, 2024, to August 16, 2024. (*See* Doc. 684).

IT IS THEREFORE ORDERED that the time for the United States to respond to the motion is extended until August 16, 2024.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

<u>Submitted on July 18, 2024</u>
STEPHEN R. KOTZ
Assistant U.S. Attorney
201 Third St. NW, Suite 900
Albuquerque, NM 87102

APPROVED:

<u> /s/ Elizabeth V. Friedenstein</u>
GIDDENS & GATTON LAW, P.C.
ELIZABETH V. FRIEDENSTEIN
10400 Academy, Suite 350
Albuquerque, NM 87111
(505) 271-1053 phone
elizabeth@giddenslaw.com
*Attorneys for Third-Party Petitioner in Interest, Riverstone Bank*